Kenneth Bernard THOMAS *v.* STATE of Arkansas

CR 03-406                                                    110 S.W.3d 249

Supreme Court of Arkansas
Opinion delivered May 1, 2003

*Karen Walker-Knight*, for appellant.

No response.

P ER CURIAM. Appellant Kenneth Bernard Thomas, by and through his attorney, Karen Walker-Knight, has filed a motion for rule on clerk. Ms. Walker-Knight states in the motion that her motion to extend the time to file the record was not filed in a timely fashion due to a mistake on her part.

■ We find that such an error, admittedly made by an attorney for a criminal defendant, is good cause to grant the motion. *See In Re Belated Appeals in Criminal Cases*, 265 Ark. 964 (1979) (*per curiam*).

The motion is, therefore, granted. A copy of this opinion will be forwarded to the Committee on Professional Conduct.